AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
NOV 14 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

USA _____ )
      Plaintiff             )
         v.            )   Case No.
Martin Wilson _____ )
    Defendant        )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Martin Wilson

Date: _____

_____
Attorney's signature

Jay Ian Igiel 65576
Printed name and bar number

119 N. Henry St Alexandria VA
Address

Jigiel@ncalaw.com
E-mail address

703-684-5755
Telephone number

703-684-0151
FAX number